VANCE, APPELLANT, *v.* TRIMBLE, ACTING ADMR., ET AL., APPELLEES.

[Cite as *Vance v. Trimble* (1997), 80 Ohio St.3d 1208.]

(No. 96–1074—Submitted September 23, 1997—Decided November 5, 1997.)

*Barkan & Neff Co., L.P.A.,* and *Robert E. DeRose,* for appellant.

*Betty D. Montgomery,* Attorney General, and *James A. Barnes,* Assistant Attorney General, for appellee Acting Administrator, Bureau of Workers' Compensation.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.